UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RYOKO CUNNINGHAM, biological
mother,

           Petitioner,

vs.                                          Case No. 3:16-cv-1349-J-34JBT

TERRANCE CUNNINGHAM, father, and
GLENDA CUNNINGHAM, maternal
grandmother,

           Respondents.
_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Verified Petition for the Return of Minor Child Pursuant to International Treaty and Federal Statute and Request for Issuance of Show Cause Order (Doc. 1; Verified Petition), filed on October 26, 2016. Petitioner filed the Verified Petition pursuant to The Convention on the Civil Aspects of International Child Abduction ("the Hague Convention"), Oct. 25, 1980, T.I.A.S. No. 11670, as implemented by the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. § 9001, et seq.[1] In the Verified Petition, Petitioner asserts that her minor child, Y.L.C. (the Minor Child), is being wrongfully retained in Yulee, Florida, within the Middle District of Florida, by the Minor Child's father and paternal grandmother (Respondents). See Verified Petition at 1. In the Verified Petition, Petitioner requests, inter alia, that the Court enter a temporary restraining order

---

[1] ICARA was previously located at 42 U.S.C. § 11601.

"requiring Respondents to (1) remain within the jurisdiction of this Court pending resolution of this matter and (2) surrender and [sic] the Child's passports, visas and other travel documentation to the Court . . . ."  See Verified Petition at 24.  However, upon review of the Verified Petition, Petitioner does not appear to contend that such an order is necessary prior to giving Respondents notice and an opportunity to be heard.[2]  To date, Respondents have not been served with the Verified Petition.  Accordingly, it is

**ORDERED:**

1. Petitioner's Verified Petition for the Return of Minor Child Pursuant to International Treaty and Federal Statute and Request for Issuance of Show Cause Order (Doc. 1) is **TAKEN UNDER ADVISEMENT**.

2. Petitioner shall promptly effect service of process on Respondents and also shall serve Respondents with a copy of this Order.

3. Immediately upon accomplishing service of process, Petitioner shall file proof of such service with the Court.

---

[2] If Petitioner has reason to believe that Respondents are likely to flee this Court's jurisdiction when they are served with the Verified Petition, then, prior to service, Petitioner may file a motion requesting the entry of a temporary restraining order prohibiting the removal of the Minor Child from the jurisdiction of this Court, and taking into safe-keeping all of the Minor Child's travel documents.  The Court notes that the Verified Petition references such a motion and states that it was "contemporaneously filed" with the Petition, but no such motion for temporary restraining order was filed with the Court in this case.  See Verified Petition at 1 n.1, 24.

4. Once Petitioner has filed proof of service, the Court will set a briefing schedule as well as a hearing on the Verified Petition.

**DONE AND ORDERED** in Jacksonville, Florida on October 27, 2016.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties